HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATE JOHNSTON, et. al.,

   Plaintiffs,

   v.

FATHOM EVENTS JV, LLC, et. al.,

   Defendants.

Case No.: 2:18-cv-00011-MJP

DEFENDANT AMC ENTERTAINMENT, INC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant AMC Entertainment, Inc. makes the following disclosures:

1. On March 31, 2016, AMC Entertainment, Inc. merged with and into its parent company, AMC Entertainment Holdings, Inc.;

2. AMC Entertainment Holdings, Inc. is a non-governmental corporate party;

3. AMC Entertainment Holdings, Inc. is a publicly traded corporation, majority owned by Dalian Wanda Group Co. Ltd., a Chinese conglomerate;

4. No publicly held corporation owns more than 10% of the stock of AMC Entertainment, Inc.

//
//
//
//

DEFENDANT AMC ENTERTAINMENT, INC'S
CORPORATE DISCLOSURE STATEMENT – 1

DATED this 13th day of April, 2018.

HUNTON & WILLIAMS, LLP

By: /s/ M. Brett Burns
M. Brett Burns, CA Bar #256965
*Admitted Pro Hac Vice*
575 Market Street, Suite 3700
San Francisco, CA 94105
415.975.3700
mbrettburns@hunton.com

LAW OFFICES OF CHRIS FARIAS, PLLC

By: /s/ Chris Farias
Chris Farias, WSBA #21743
1420 Fifth Ave, Suite 3000
Seattle, WA 98101
206.755.4366
chris@chrisfariaslaw.com

Attorneys for Defendants Regal Entertainment Group, AMC Entertainment Holdings, Inc. and Cinemark Holdings, Inc.

DEFENDANT AMC ENTERTAINMENT, INC'S
CORPORATE DISCLOSURE STATEMENT – 2

LAW OFFICES OF CHRIS FARIAS, PLLC
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WA 98101
206.892.2201

# CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Roger M. Townsend
Breskin Johnson & Townsend, PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Ph: 206.652.8660
Fax: 206.652.8290
rtownsend@bjtlegal.com

John F. Waldo
Law Office of John F. Waldo
2108 McDuffie Street
Houston, TX 77019
Ph: 206.849.5009
johnfwaldo@hotmail.com

Sheehan Sullivan Weiss
Davis Wright Tremaine, LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Ph: 206.622.3150
Fax: 206.757.7700
sulls@dwt.com

/s/ Chris Farias
Chris Farias
Law Offices of Chris Farias, PLLC
1420 Fifth Ave., Suite 3000
Seattle, WA 98101
206.892.2201
chris@chrisfariaslaw.com

DEFENDANT AMC ENTERTAINMENT, INC'S
CORPORATE DISCLOSURE STATEMENT – 3

**LAW OFFICES OF CHRIS FARIAS, PLLC**
**1420 FIFTH AVENUE, SUITE 3000**
**SEATTLE, WA 98101**
**206.892.2201**