Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATE JOHNSTON, DEAN OLSON, JERRY BERGMAN, and MARIA C. "TINA" CHILDRESS, individually and on behalf of all others similarly situated, THE WASHINGTON STATE COMMUNICATION ACCESS PROJECT, a Washington Corporation, and ASSOCIATION OF LATE DEAFENED ADULTS (ALDA),<br><br>Plaintiffs,<br><br>v.<br><br>FATHOM EVENTS JV, LLC, REGAL ENTERTAINMENT GROUP, AMC ENTERTAINMENT INC., and CINEMARK HOLDINGS, INC.,<br><br>Defendants. | NO. 2:18-cv-00011-MJP<br><br>STIPULATED MOTION TO MODIFY THE CAPTION TO CORRECT PARTY NAME AND ORDER<br><br>NOTE FOR MOTION CALENDAR: April 18, 2018 |

 Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs, by and through their attorneys of record, and Defendant Fathom Events, by and through its counsel of record, move the Court for an order correcting the name of the corporate entity which owns Defendant Fathom Events

STIPULATED MOTION TO MODIFY THE
CAPTION TO CORRECT PARTY NAME AND
ORDER - 1
(2:18-cv-00011-MJP)

and to modify the caption accordingly. Defendant has represented that its correct corporate name is: AC JV, LLC d/b/a Fathom Events.

Accordingly, the parties hereby stipulate that the case caption should be revised as follows:

| | |
|---|---|
| KATE JOHNSTON, DEAN OLSON, JERRY BERGMAN, and MARIA C. "TINA" CHILDRESS, individually and on behalf of all others similarly situated, THE WASHINGTON STATE COMMUNICATION ACCESS PROJECT, a Washington Corporation, and ASSOCIATION OF LATE DEAFENED ADULTS (ALDA),<br><br>                  Plaintiffs,<br><br>  v.<br><br>AC JV, LLC d/b/a Fathom Events, REGAL ENTERTAINMENT GROUP, AMC ENTERTAINMENT INC., and CINEMARK HOLDINGS, INC.,<br><br>                  Defendants. | NO. 2:18-cv-00011-MJP |

//
//
//
//
//
//
///

STIPULATED MOTION TO MODIFY THE
CAPTION TO CORRECT PARTY NAME AND
ORDER - 2
(2:18-cv-00011-MJP)

DATED this 18th day of April, 2018.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | BRESKIN JOHNSON & TOWNSEND, PLLC |
| By:/s/ Sheehan Sullivan Weiss<br>    Sheehan Sullivan Weiss, WSBA #33189<br>    1201 Third Avenue, Suite 2200<br>    Seattle, WA 98101<br>    Tel: 206-757-8152 | By:/s/ Roger Townsend    .<br>    Roger Townsend, WSBA # 25525<br>    1000 Second Avenue, Suite 3670<br>    Seattle, WA 98104<br>    (206) 652-8660<br>    rtownsend@bjtlegal.com |
| *Attorneys for Defendant AC JV, LLC d/b/a Fathom Events* | John F. Waldo, Texas Bar No. #20679900<br>(*Pro Hac Vice*)<br>LAW OFFICE OF JOHN F. WALDO<br>2108 McDuffie Street<br>Houston, TX 77019<br>(206) 849-5009<br>johnfwaldo@hotmail.com |
| By:/s/ M. Brett Burns<br>    M. Brett Burns, California Bar #256965<br>    (Admitted *Pro Hac Vice*)<br>    Hunton & Williams LLP<br>    50 California Street, Suite 1700<br>    San Francisco, CA 94111<br>    (415) 975-3700<br>    mbrettburns@hunton.com | *Attorneys for Plaintiffs* |
| Chris Farias, WSBA #21743<br>LAW OFFICE OF CHRIS FARIAS, PLLC<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101-2393<br>(206) 892-2201<br>chris@chrisfariaslaw.com | |
| *Attorneys for Defendants REGAL ENTERTAINMENT GROUP, AMC ENTERTAINMENT INC., and CINEMARK HOLDINGS, INC.* | |

STIPULATED MOTION TO MODIFY THE
CAPTION TO CORRECT PARTY NAME AND
ORDER - 3
(2:18-cv-00011-MJP)

# **ORDER**

It is so ORDERED. The caption in this lawsuit shall be modified to be as follows:

| | |
|---|---|
| KATE JOHNSTON, DEAN OLSON, JERRY BERGMAN, and MARIA C. "TINA" CHILDRESS, individually and on behalf of all others similarly situated, THE WASHINGTON STATE COMMUNICATION ACCESS PROJECT, a Washington Corporation, and ASSOCIATION OF LATE DEAFENED ADULTS (ALDA),<br><br>        Plaintiffs,<br>  v.<br><br>AC JV, LLC d/b/a Fathom Events, REGAL ENTERTAINMENT GROUP, AMC ENTERTAINMENT INC., and CINEMARK HOLDINGS, INC.,<br><br>        Defendants. | NO. 2:18-cv-00011-MJP |

Dated this 18th day of April, 2018.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

STIPULATED MOTION TO MODIFY THE
CAPTION TO CORRECT PARTY NAME AND
ORDER - 4
(2:18-cv-00011-MJP)