HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KATE JOHNSTON, DEAN OLSON, JERRY BERGMAN, and MARIA C. "TINA" CHILDRESS, individually and on behalf of all others similarly situated; THE WASHINGTON STATE COMMUNICATION ACCESS PROJECT, a Washington Corporation; and ASSOCIATION OF LATE DEAFENED ADULTS (ALDA),<br><br>Plaintiffs,<br><br>v.<br><br>FATHOM EVENTS JV, LLC; REGAL ENTERTAINMENT GROUP; AMC ENTERTAINMENT INC.; and CINEMARK HOLDINGS, INC.,<br><br>Defendants. | No. 2:18-cv-00011-MJP<br><br>ORDER EXTENDING DEADLINE FOR CLASS CERTIFICATION |

Pursuant to the foregoing stipulation of the parties and good cause shown, the deadline for class certification is hereby modified as follows.

The plaintiff shall move for a determination under Fed. R. Civ. P. 23(c)(1), as to whether the case is to be maintained as a class action on or before forty five (45) days after the Court rules on the pending dispositive motions.

DATED this 18th day of June, 2018.

_____
Marsha J. Pechman
United States District Judge

ORDER EXTENDING CLASS CERTIFICATION
DEADLINE - 1