# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| KATE JOHNSTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AC JV, LLC d/b/a FATHOM EVENTS, REGAL ENTERTAINMENT GROUP, AMC ENTERTAINMENT INC., and CINEMARK HOLDINGS, INC., <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. C18-11-MJP |

\_\_\_   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS CONCLUDED THAT Plaintiffs' claims under the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq. and the Washington Law Against Discrimination, RCW 49.60 et seq. fail as a matter of law, and has GRANTED Defendants AMC Entertainment Inc., Regal Entertainment Group, and Cinemark Holdings, Inc.'s Motion to Dismiss and GRANTED Defendant AC JV, LLC d/b/a Fathom Events' Motion for Judgment on the Pleadings.  The case is hereby DISMISSED.

Dated August 9, 2018.

William M. McCool
Clerk of Court

s/ Paula McNabb
Deputy Clerk
